# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

June 16, 2014

Clerk
United States Court of Appeals
 for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, Ohio  45202

> **FILED**
> *Jun 16, 2014*
> DEBORAH S. HUNT, Clerk

    **Re:**    **Randy White, Warden**
            **v.  Robert Keith Woodall**
            **No.  12-794   (Your docket Nos. 09-5352, 09-5406)**

Dear Clerk:

       Attached please find a certified copy of the judgment of this Court in the above-entitled case.   You may obtain a copy of the opinion by visiting our website @www.supremecourt.gov.

                         Sincerely,

                         SCOTT S. HARRIS, Clerk

                         By *Elizabeth Brown*

                         Elizabeth Brown
                         Judgments/Mandates Clerk

Enc.
cc:    Susan R. Lenz, Esq.
        Laurence E. Komp, Esq.

# Supreme Court of the United States

No.	12-794

**RANDY WHITE, WARDEN,**

Petitioner

v.

**ROBERT KEITH WOODALL**

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Sixth Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is reversed, and the case is remanded to the United States Court of Appeals for the Sixth Circuit for further proceedings consistent with the opinion of this Court.

April 23, 2014



A True Copy SCOTT S. HARRIS
Test
Clerk of the Supreme Court of the United States
By: Cynthia Rapp